IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-00662-EWN-MJW

HELEN BEFUS,

    Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA, d/b/a UNUM PROVIDENT,

    Defendant.

## ORDER RE DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RESET SCHEDULING CONFERENCE ( Docket No 10

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Vacate and Reset Scheduling Conference, and the Court being fully advised in the premises therefor, hereby

ORDERS that said motion is **granted**, and the Scheduling Conference is hereby set on June 14, 2006 at 8:30am ~~vacated and reset for July 11, 2006 at 8:30 a.m. A new Order Setting Scheduling Conference shall issue forthwith.~~ Counsel shall submit their proposed scheduling order by July 6, 2006.

DATED this 25 day of May, 2006.

BY THE COURT:

/s/ Michael J. Watanable
Michael J. Watanable
U.S. District Court Magistrate Judge

3558731_1.DOC