IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00662-EWN-MJW

HELEN BEFUS,

Plaintiff(s),

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,
d/b/a UNUM PROVIDENT,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendant's Unopposed Motion to Amend Answer, filed with the Court on August 11, 2006, (DN 20), is GRANTED. The Defendants shall refile their Amended Answer forthwith.

Date: August 11, 2006