IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00662–EWN–MJW

HELEN BEFUS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA, d/b/a UNUM
PROVIDENT,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Stipulated Motion for Dismissal with Prejudice" filed September 28, 2006. The court having read the Motion for Dismissal filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 2nd day of October, 2006.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge